UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mario Smith,

       Petitioner,                      Case No. 04-72864-01

v.                                        Hon. Nancy G. Edmunds

Paul H. Renico,

       Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and

Recommendation.  Being fully advised in the premises and having reviewed the record and the

pleadings, including the Report and Recommendation and any objections thereto, the Court

hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is

further ordered that the Petition for Writ of Habeas Corpus is hereby dismissed.

       SO ORDERED.


                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated:  April 26, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on
April 26, 2006, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager